UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALVIN JUNIOR GREER,

     Petitioner,                             Case No. 1:09-cv-34

v                                       HON. JANET T. NEFF

SHIRLEE A. HARRY,

     Respondent.

_____/


**<u>FINAL ORDER</u>**


In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 29) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: January 5 , 2012                /s/ Janet T. Neff_____
                                              JANET T. NEFF
                                              United States District Judge